UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STAR CREATIONS INC. D/B/A AJ MADISON,

                              Plaintiff,                    26-CV-2197

        -against-                                          COMPLAINT

POST BROTHERS,

                              Defendant.
---------------------------------------------------------------X

Plaintiff, Star Creations Inc. d/b/a AJ Madison ("Plaintiff"), by its attorneys, Forchelli Deegan Terrana, LLP, as and for its complaint against defendant, Post Brothers ("Defendant"), avers as follows:

## PARTIES AND JURISDICTION

1.      At all times hereinafter mentioned, Plaintiff was and is a domestic corporation duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York, County of Kings.

2.      At all times hereinafter mentioned, Defendant was and is a foreign corporation duly organized and existing under the laws of the State of Pennsylvania, with its principal place of business at 1021 N. Hancock Street, Philadelphia, PA.

3.      This Court has jurisdiction over this action based upon diversity of citizenship pursuant to 28 U.S.C. §1332. The amount in controversy exceeds, exclusive of costs and interest, $75,000.00.

4.      Venue is proper pursuant 28 U.S.C §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in the County of Kings, State of New York.

AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT

5.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

6.    Plaintiff entered into a change order agreement (the "Contract") with Defendant, whereby the parties agreed that Defendant owes Plaintiff the sum of $306,060.24 for materials delivered and services provided by Plaintiff to Defendant at a project (the "Project") located at 1001 South Broad Street, Philadelphia, PA (the "Premises"). (See, Exhibit "1").

7.    Defendant also acknowledges in the Contract that it owes Plaintiff an additional balance of $328,044.08 for stored materials at the Project. Id.

8.    Plaintiff fully, satisfactorily and timely performed all of the terms and conditions of the Contract it was required to perform, except as waived and/or prevented by Defendant, and is not in default of any of the Contract's terms.

9.    Defendant materially breached the Contract by, among other things, failing to fully pay Plaintiff for the materials and services Plaintiff furnished to Defendant.

10.    There is an unpaid balance of $634,104.32 due and owing to Plaintiff from Defendant under the Contract. Id.

11.    By reason of the foregoing, Plaintiff is entitled to recover from Defendant the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees.

AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT

12.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

13.    Plaintiff provided materials and services to Defendant, in good faith, at Defendant's request, and Defendant accepted and received the benefits of same.

2

14.    Plaintiff had an expectation of compensation from Defendant for the materials and services it furnished.

15.    The fair, reasonable and agreed-upon value of the materials and services Plaintiff provided to Defendant, and for which payment has not been made, is $634,104.32.

16.    By reason of the foregoing, to the extent the Court finds that the Contract did not exist or is otherwise unenforceable, Plaintiff is entitled to recover from Defendant, in quantum meruit, the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANT

17.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as though more fully set forth at length herein.

18.    Plaintiff regularly billed Defendant for the aforesaid materials and services.

19.    Defendant has received, accepted and retained the bills without objection and has failed and refused to pay same, despite demand therefor.

20.    By reason of the foregoing, Plaintiff is entitled to recover from Defendant, based upon an account stated, the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees.

## AS AND FOR A FOURTH CAUSE OF ACTION AGAINST DEFENDANT

21.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as though more fully set forth at length herein.

22.    Defendant has benefitted from the materials and services Plaintiff provided at the Project, all of which were done for Defendant's benefit and Plaintiff's loss.

3

23.    Defendant's unjust enrichment is at the expense of Plaintiff and for which Plaintiff has not been compensated.

24.    In equity and good conscience, Defendant should not retain the benefit it wrongfully obtained from Plaintiff.

25.    By reason of the foregoing, Plaintiff is entitled to recover from Defendant, based on unjust enrichment, the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees.

WHEREFORE, plaintiff, Star Creations Inc. d/b/a AJ Madison, demands judgment against defendant, Post Brothers, as follows:

1.    On its First Cause of Action, in the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees;

2.    On its Second Cause of Action, in the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees;

3.    On its Third Cause of Action, in the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees;

4.    On its Fourth Cause of Action, in the sum of $634,104.32, plus interest, costs, disbursements and reasonable attorneys' fees; and

4

5.   For such other and further relief as this Court may deem just and proper,

together with the costs, disbursements, and attorneys' fees of this action.

Dated:  Uniondale, New York
       April 14, 2026

_____

Parshhueram T. Misir, Esq.
FORCHELLI DEEGAN TERRANA LLP
Attorneys for Plaintiff,
Star Creations Inc. d/b/a AJ Madison
333 Earle Ovington Blvd., 10th Fl.
Uniondale, NY 11553
(516) 248-1700
pmisir@forchellilaw.com

5